McCall & Co. v. F. H. Peter.

[Filed March 10, 1891.]

Error to the district court for Nuckolls county. Tried below before Morris, J.

*Thos. C. Munger,* and *C. F. McGrew,* for plaintiff in error.

*S. A. Searle,* and *C. S. Johnson, contra.*

Norval, J.

The record in this case presents the same question of law for determination as in the case of *Johnson v. Mills, ante,* p. 524, decided herewith. For the reasons stated in the opinion in that case, the judgment of the lower court is reversed and a new trial granted.

Reversed and remanded.

The other judges concur.